IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIRZAH EL-BEY,**
**A.K.A. KATORIA GREENE,**

    **Plaintiff,**

vs.                                                                 Case No. 4:17cv364-WS/CAS

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a federal prisoner proceeding pro se, sought to initiate an Interpleader action in this Court. ECF No. 1. Plaintiff did not, however, submit payment of the filing fee to proceed with this case, nor did Plaintiff file a motion requesting leave to proceed in forma pauperis. An Order was entered requiring Plaintiff to do one or the other to proceed with this case. ECF No. 6. Plaintiff's deadline for compliance was October 6, 2017, and as of this date, Plaintiff has taken no action to move this case forward.

Plaintiff was advised that if she did not comply with that Order, a recommendation would be made to dismiss this case. *Id.* Plaintiff's non-

compliance has signaled her intent to abandon this litigation.  Therefore, this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b) and all pending motions be denied.

**IN CHAMBERS** at Tallahassee, Florida, on October 19, 2017.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv364-WS/CAS